IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01003-RPM

MICHAEL S. PUDER and
P.F.#3, LLC, a Florida limited liability company,

        Plaintiffs,

v.

LANCE R. COTE and
KLEIN, COTE & EDWARDS, LLC, a Colorado limited liability company,

        Defendants.

---

ORDER VACATING SCHEDULING CONFERENCE AND SETTING HEARING ON
MOTION TO WITHDRAW

---

        Pursuant to the motion to withdraw filed by plaintiffs' counsel on August 15, 2007, it is

        ORDERED that the scheduling conference set for August 17, 2007, is vacated and it is

        FURTHER ORDERED that the motion to withdraw is set for hearing on **September 5, 2007, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Plaintiff Michael S. Puder and a representative of P.F. #3, LLC, must be present in person for the hearing.

        Dated: August 16th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge