IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01003-RPM

MICHAEL S. PUDER and
P.F.#3, LLC, a Florida limited liability company,

        Plaintiffs,

v.

LANCE R. COTE and
KLEIN, COTE & EDWARDS, LLC, a Colorado limited liability company,

        Defendants.

---

ORDER FOR SUBSTITUTION COUNSEL AND RESETTING SCHEDULING CONFERENCE

---

      Pursuant to the pleading filed on August 29, 2007 (Doc. #23) and the entries of appearance of C. Michael Montgomery and Thomas H. Blomstrom as attorneys for the plaintiffs in substitution for J. Lawrence Hamil and Christina V. Miller who filed a motion to withdraw on August 15, 2007 (Doc. #18), it is now

      ORDERED that C. Michael Montgomery and Thomas H. Blomstrom are substituted as counsel for the plaintiffs. J. Lawrence Hamil and Christina V. Miller have no further responsibility for the representation of the plaintiffs in this civil action and it is

      FURTHER ORDERED that the scheduling conference will go forward on September 5, 2007, at 11:30 a.m.

      Dated: August 30th, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge