IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01003 RPM-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2007

GREGORY C. LANGHAM
CLERK

MICHAEL S. PUDER and
P.F.#3, LLC, a Florida limited liability company

    Plaintiffs,

v.

LANCE R. COTE and
KLEIN, COTE & EDWARDS, LLC, a Colorado limited liability company

    Defendants,

---

### ORDER FOR DISMISSAL OF LANCE R. COTE and KLEIN, COTE & EDWARDS, LLC WITH PREJUDICE

---

Comes now the Court, having reviewed the Stipulation to Dismiss Lance R. Cote and Klein, Cote & Edwards, LLC with Prejudice and hereby Orders that the within action is dismissed with prejudice.

Ordered this _18_ day of _October_, 2007.

BY THE COURT:

_____
United States District Court Judge Richard P. Matsch